UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| LAMORRIS DENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 2:14-CV-00241 |
| | ) | |
| THE WRIGHT GROUP, INC. | ) | |
| d/b/a ZAO ISLAND, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

The parties, by their respective counsel, and pursuant to Federal Rule of Civil Procedure Fed R. Civ. P. 41, now stipulate to dismiss this action, and all claims asserted herein, with prejudice, the same having been settled by agreement.


/s/ Nicholas A. Snow              /s/ David J. Beach_____
Harris Law Firm, P.C.             Eichhorn & Eichhorn, LLP
11410 Broadway                    P.O. Box 6238
Crown Point, IN 46307             Hammond, IN  46325
(219) 661-1110                    (219) 931-0560


## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Nicholas A. Snow

1